# Court of Appeals
# of the State of Georgia

ATLANTA,  December 11, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0739. AARON MASON v. CICELY MASON.

Aaron Mason appeals directly to this Court from the trial court's dismissal of a temporary family violence ex parte protective order entered against Cicely Mason. However, he has no right of direct appeal here. Under OCGA § 5-6-35 (a) (2), a party must follow the discretionary appeal procedure to obtain appellate review of orders or judgments in domestic relations cases, including those involving family violence. See *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved in part on other grounds by *Gilliam v. State*, 312 Ga. 60, 64 (860 SE2d 543) (2021). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Aaron Mason's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  12/11/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*